# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 28, 2018

## NO. 03-17-00317-CR

**Norma Cisneros, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment to reflect that the amount of restitution is $16,000. The judgment, as modified, is affirmed. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.